

Scott R. Matthews
212.237.1025
smatthews@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

October 3, 2018

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Marte, et al. v. NYC Green Transp. Grp., LLC*
             Civil Action No.: 18-cv-00619 (PKC) (CLP)

Dear Judge Pollak:

    We are counsel to NYC Green Transportation Group, LLC in the above-referenced action. We hereby submit a copy of the countersigned settlement agreement, which is Exhibit A to Plaintiff's Motion for Settlement approval filed by Manuel De La Cruz Marte (Docket No. 27).

    Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        Scott R. Matthews

cc:  All Counsel (via ECF)

{11613467:1}