UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MANUEL DE LA CRUZ MARTE,
on behalf of himself, individually,
and on behalf of all others similarly-situated,

                Docket No.: 18-cv-619-CLP

            Plaintiff,

   -against-

NYC GREEN TRANSPORTATION GROUP, LLC,

            Defendant.
-----------------------------------------------------------------X

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

(a) pursuant to its November 1, 2018 Memorandum and Order, ECF # 29, the Court has found that the parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and directed the parties to file this document; and, therefore,

(b) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party, except as provided for in the parties' settlement agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

Dated: November 7, 2018                                    Dated: November 7, 2018

By:   */s/ Michael R. Minkoff*                 By:   */s/ Scott R. Matthews*
     Michael R. Minkoff                                Scott R. Matthews
     **BORRELLI & ASSOCIATES, P.L.L.C.**         **WINDELS MARX LANE &**
     655 Third Avenue, Suite 1821                **MITTENDORF, LLP**
     New York, New York 10017                  156 West 56th Street
     *Attorneys for Plaintiffs*                           New York, New York 10019
                                                                     *Attorneys for Defendants*

**SO ORDERED:**
Dated: Brooklyn, New York
      11/8/18                                                  /s/ Cheryl Pollak
                                                         The Hon. Cheryl L. Pollak, U.S.M.J.